**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION at DANVILLE**

| | |
|---|---|
| IN RE: CONNIE B. JACKSON | CHAPTER 13 |
| | CASE NO. 16-60341 |
| Debtor(s) | |

**ATTORNEY FEE APPLICATION**

Comes now the Debtor's Attorney and makes application for Attorney's fees on the basis of the following information:

1. The Debtor(s) filed a bankruptcy petition before this Court on *February 25, 2016*, at which time the Debtor(s) executed a fee agreement whereby the Debtor's Attorney agreed to represent the Debtor(s) for a set fee.

2. That the Chapter 13 bankruptcy is set to be dismissed on August 17, 2016 because of the failure of the Debtor to provide the missing Trustee Report items and to comply with the continuance order entered as Docket #27.

3. That the Debtor(s) has requested that the funds the chapter 13 trustee has on hand be sent to his attorney, up to $4,075.00, less any fees due the trustee.

Wherefore, the Debtor(s) and their Attorney hereby request the Court to enter an order confirming the Attorney's fees, and that said fees shall be forward to Debtors' counsel by the Chapter 13 Trustee.

Dated: 7/28/16                                              Connie B. Jackson

                                                            /s/ Stephen E. Dunn
                                                            Of Counsel

Stephen E. Dunn, Esq.
Counsel for Debtor(s)
Stephen E. Dunn, PLLC
201 Enterprise Drive, Suite A
Forest, VA  24551

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION at DANVILLE

IN RE: CONNIE B. JACKSON				CHAPTER 13
						CASE NO. 16-60341

Debtor(s)

NOTICE OF HEARING ON
ATTORNEY FEE APPLICATION

Please take notice that Counsel for the above-named Debtor filed a Motion for Attorney Fee Application, true copies of which are attached hereto, and shall submit the same to the Honorable Paul M. Black, Bankruptcy Judge, for approval on August 17, 2016 at 11:00 a.m., or as soon thereafter as the parties may be heard, in the U.S. Bankruptcy Court, 700 Main Street, Danville, Virginia.

Objections to the Attorney Fee Application must be filed in writing, with copies thereof served on the Trustee and Counsel for the Debtor prior to the hearing date in order to be heard on August 17, 2016.

I do hereby certify that a copy of this Notice and Motion has been forwarded to the Chapter 13 Trustee and the Debtor in this case on the after mentioned date.

Dated: 7/28/16			Connie B. Jackson


					/s/ Stephen E. Dunn
					 Of Counsel

Stephen E. Dunn, Esq.
201 Enterprise Drive
Suite A
Forest, Va.  24551
Counsel for Debtor(s)